**Abatement Order filed October 13, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO.  14-22-00665-CV
_____

**ALIREZA HASHEMI; HOMA, LLC; SHIRDAL, LLC; AND PARAMOUNT HEALTH SERVICES, LLC, Appellants**

**V.**

**AMIR KAZEMI; RESAN HOLDINGS, LLC; AND APEX PHYSICAL REHABILITATION AND WELLNESS, PLLC; Appellees**

---

**On Appeal from the 133rd District Court
Harris County, Texas
Trial Court Cause No. 2014-46551**

---

## ABATEMENT ORDER

Notice was filed on September 30, 2022, that Paramount Health Services, LLC; Homa, LLC; and Shirdal, LLC; are in bankruptcy. Tex. R. App. P. 8.1. According to the notice, on September 5, 2022, those appellants petitioned for voluntary bankruptcy protection in the United States Bankruptcy Court for the Southern District of Texas under case numbers 22-32623; 22-3264; and 22-3265.

A bankruptcy suspends the appeal from the date when the bankruptcy petition is filed until the appellate court reinstates the appeal in accordance with federal law. Tex. R. App. P. 8.2.

When a case has been suspended by a bankruptcy filing, a party may move the appellate court to reinstate the appeal if permitted by federal law or the bankruptcy court. Tex. R. App. P. 8.3. If the bankruptcy court has lifted or terminated the stay, a certified copy of the order must be attached to the motion. *Id.* No such order was attached to the notice of bankruptcy. Accordingly, we **ORDER** the appeal abated.

A party filing a motion to reinstate shall specify what further action, if any, is required from this court when the appeal is reinstated. *See* Tex. R. App. P. 10.1(a). For administrative purposes only, and without surrendering jurisdiction, the appeal is abated and treated as a closed case until further order of this court.

PER CURIAM

Panel Consists of Justices Spain, Poissant and Wilson.